David R. Fox (NV Bar No. 16536)
Richard A. Medina (*pro hac vice forthcoming*)
Marisa A. O'Gara (*pro hac vice forthcoming*)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
rmedina@elias.law
mogara@elias.law

Scott F. Gilles (NV Bar No. 9035)
Matthew M. Griffin (NV Bar No. 8097)
**Griffin & Gilles PLLC**
401 S. Curry Street
Carson City, Nevada 89703
(775) 882-4002
scott@g3nv.com
matt@g3nv.com

*Attorneys for Proposed Intervenor-Defendant Somos PAC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TEAM KENNEDY,<br><br>                    Plaintiff,<br><br>            v.<br><br>FRANCISCO V. AGUILAR, in his official capacity as Nevada Secretary of State,<br><br>                    Defendant. | Case No. 2:24-cv-01027-JCM-MDC<br><br>**NOTICE FILED PURSUANT TO LOCAL RULE IA 11-1(b)(2)** |

Pursuant to Local Rule IA 11-1(b)(2), notice is hereby given that David R. Fox (NV Bar No. 16536), is appearing under Local Rule IA 11-1(b)(1), and hereby associates with Scott F. Gilles (NV Bar No. 9035) and Matthew M. Griffin (NV Bar No. 8097) of the law firm of Griffin & Gilles, PLLC, which maintains an office at 401 S. Curry Street, Carson City, NV 89703.

///

///

| | | |
|---|---|---|
| 1 | Dated: June 6, 2024 | Respectfully submitted, |
| 2 | | **ELIAS LAW GROUP LLP** |
| 4 | | By: /s/ *David R. Fox* |

David R. Fox (NV Bar No. 16536)
Richard A. Medina (*pro hac vice forthcoming*)
Marisa A. O'Gara (*pro hac vice forthcoming*)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
rmedina@elias.law
mogara@elias.law

Scott F. Gilles (NV Bar No. 9035)
Matthew M. Griffin (NV Bar No. 8097)
**Griffin & Gilles PLLC**
401 S. Curry Street
Carson City, Nevada 89703
(775) 882-4002
scott@g3nv.com
matt@g3nv.com

*Attorneys for Proposed Intervenor-Defendant Somos PAC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2024, a true and correct copy of the foregoing Notice Filed Pursuant to Local Rule IA 11-1(b)(2) was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By: */s/ David R. Fox*
David R. Fox