UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TEAM KENNEDY,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>FRANCISCO V. AGUILAR,<br><br>　　　　　　　Defendant(s). | Case No.2:24-CV-1027  JCM (MDC)<br><br>ORDER |

　　　　Presently before the court is Somos PAC's motion to intervene. (ECF No. 4). No response has been filed. For the reasons stated below, the court DENIES the motion as moot.

　　　　This case involves Robert F. Kennedy's political organization, Team Kennedy, and Nevada Secretary of State Francisco Aguilar. Team Kennedy filed a complaint in May seeking declaratory and injunctive relief to display Kennedy's name on the 2024 general election ballot. (ECF No. 1). Aguilar never answered the complaint. Somos PAC thereafter filed a motion to intervene, claiming the case threatened Somos' interest as a political action committee. (ECF No.4).

　　　　"[T]he doctrine of mootness can be described as 'the doctrine of standing set in a time frame: The requisite personal interest that must exist at the commencement of the litigation (standing) must continue throughout its existence (mootness).'" *Friends of the Earth, Inc. v. Laidlaw Envtl. Servs. (TOC), Inc.*, 528 U.S. 167, 189 (2000) (quoting *Arizonans for Official English v. Arizona*, 520 U.S. 43, 68 n.22 (1997)). "A case that becomes moot at any point during the proceedings is 'no longer a 'Case' or 'Controversy' for purposes of Article III,' and is outside the jurisdiction of the federal courts." *United States v. Sanchez-Gomez*, 138 S. Ct. 1532, 1537 (2018) (quoting *Already, LLC v. Nike*, Inc., 568 U.S. 85, 91 (2013)).

The court finds that the factual circumstances underlying the proposed intervenor's motion no longer exists. Somos' alleged interest in the action concerned only the proceedings and outcome of the 2024 general election. Because the court cannot ascertain any *continued* interest that would require it to grant the present motion to intervene, the court denies the motion as moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Somos PAC's motion to intervene (ECF No. 4) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that the plaintiff in this case, Team Kennedy, must file a status update with the court within 21 days of this order, informing the court why this case should not be dismissed as moot.

DATED January 27, 2025.

_____
UNITED STATES DISTRICT JUDGE