UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TEAM KENNEDY,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>FRANCISCO V. AGUILAR,<br><br>　　　　　　　Defendant(s). | Case No.2:24-CV-1027 JCM (MDC)<br><br>ORDER |

　　　This action concerns the 2024 election. Robert F. Kennedy's political organization, Team Kennedy, filed a complaint seeking declaratory and injunctive relief to display Kennedy's name on the 2024 general election ballot. (*See* ECF No. 1).

　　　On January 27, 2025, this court denied Somos PAC's motion to intervene in this action. (ECF No. 11). In that order, plaintiff was required to file a status update with the court by February 17, 2025, informing the court of why the case should not be dismissed as moot. Plaintiff has failed to do so.

　　　"[T]he doctrine of mootness can be described as 'the doctrine of standing set in a time frame: The requisite personal interest that must exist at the commencement of the litigation (standing) must continue throughout its existence (mootness).'" *Friends of the Earth, Inc. v. Laidlaw Envtl. Servs. (TOC), Inc.*, 528 U.S. 167, 189 (2000) (quoting *Arizonans for Official English v. Arizona*, 520 U.S. 43, 68 n.22 (1997)). "A case that becomes moot at any point during the proceedings is 'no longer a 'Case' or 'Controversy' for purposes of Article III,' and is outside the jurisdiction of the federal courts." *United States v. Sanchez-Gomez*, 138 S. Ct. 1532, 1537 (2018) (quoting *Already, LLC v. Nike, Inc.*, 568 U.S. 85, 91 (2013)).

1    Plaintiff's personal interest in this case is securing Robert F. Kennedy's name on the
2 Nevada 2024 general election ballet.  (ECF No. 1 at 5).  With the 2024 general election having
3 occurred almost a year ago, and Mr. Kennedy currently serving as the Secretary of Health and
4 Human Services, this action is moot.  The court cannot ascertain any continued interest in the case
5 that would permit it to move forward.
6    Accordingly,
7    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action be
8 DISMISSED as MOOT.  The clerk of court is instructed to close the case.
9    DATED October 7, 2025.

_____
UNITED STATES DISTRICT JUDGE